# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

CLAYTON SCHULZE,

               Petitioner

        v.

COUNTY OF ERIE, BUREAU OF
REVENUE AND TAX CLAIM,

               Respondent

: No. 553 WAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.